UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICKEY SOCRATES FERDYNAND,

    Plaintiff,

Case No. 23-cv-12878
Hon. Matthew F. Leitman

v.

DETROIT POLICE DEPARTMENT,

    Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On November 9, 2023, Plaintiff Mickey Socrates Ferdynand filed this action against Defendant the Detroit Police Department. (*See* Compl., ECF No. 1.) When Ferdynand filed his Complaint, he did not pay the required filing fee or submit an application to proceed *in forma pauperis*. Accordingly, on November 13, 2023, the Court issued a notice to Ferdynand informing him that he had failed to pay the required fee (the "Filing Fee Notice"). (*See* Filing Fee Notice, ECF No. 2.) The Court directed Ferdynand to either pay the fee or file an application for *in forma pauperis* status by no later than November 27, 2023. (*See id.*) It then warned Ferdynand that if he failed to pay the filing fee or file an *in forma pauperis* application as directed, his "case may be dismissed." (*Id.*)

1

As of February 2, 2024, Ferdynand had not responded to the Filing Fee Notice. Nor has he paid the required filing fee or taken any other action to prosecute his case.

Accordingly, due to Ferdynand's failure to comply with the Filing Fee Notice, the Court **DISMISSES** Ferdynand's Complaint **WITHOUT PREJUDICE**.

   **IT IS SO ORDERED**.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  February 5, 2024

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2024, by electronic means and/or ordinary mail.

                                    s/Holly A. Ryan
                                    Case Manager
                                    (313) 234-5126

2