UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICKEY SOCRATES FERDYNAND,

      Plaintiff,

Case No. 23-cv-12878
Hon. Matthew F. Leitman

v.

DETROIT POLICE DEPARTMENT,

      Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                      KINIKIA ESSIX
                      CLERK OF COURT

            By:   s/Holly A. Ryan_____
                        Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 5, 2024
Detroit, Michigan

1